IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Annette Bennett, ) | |
| ) | Civil Action No. 8:06-0264-CMC-BHH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| Jo Anne B. Barnhart, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The plaintiff, Annette Bennett, brought this action pursuant to Section 205(g) of the Social Security Act, as amended (42 U.S.C. 405(g)), to obtain judicial review of a final decision of the Commissioner of Social Security denying her claim for disability insurance benefits under Title II of the Social Security Act. The Commissioner filed a motion seeking a remand pursuant to sentence four of § 405(g) which the court granted.[1] The plaintiff filed a motion to amend the order to provide that the remand was pursuant to both sentences four and six.[2] The court hereby vacates the order remanding the case pursuant to sentence four. As the parties do not agree on the type of remand, the motion to remand is addressed in a separate report and recommendation to be filed simultaneously with this Order. Accordingly, the Order remanding this case pursuant to sentence four entered August 9, 2006 (Docket Entry # 12), is VACATED.

IT IS SO ORDERED.

s/Bruce H. Hendricks
United States Magistrate Judge

November 7, 2006
Greenville, South Carolina

---

[1] The court immediately granted the Commissioner's motion on the representation that the plaintiff did not oppose the motion. (Def.'s Mot. to Remand at 2.)

[2] The plaintiff's motion to amend was initially denied (Docket Entry #16), but subsequently the court vacated this order. (Docket Entry #18 .)